UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANDREW GOLDBERG,
Individually and on behalf all others similarly situated, as a class,

      Plaintiffs,

vs.

GREGORY W. GRAY, JR.; GREGORY P. EDWARDS; ARCHIPEL CAPITAL LLC; BIM MANAGEMENT LP; BENNINGTON INVESTMENT MANAGEMENT, INC.; NIXON PEABODY, LLP; JOHN KOEPPEL ESQ.; and against all in a representative and fiduciary capacity for as acting GENERAL PARTNERS; and CONTROL MEMBERS of BENNINGTON . EVERLOOP LP; ARCHIPEL CAPITAL-AGRIVIDA LLC; ARCHIPEL CAPITAL-BLOOM ENERGY LP; ARCHIPEL CAPITAL . LATE STAGE FUND LP; ARCHIPEL CAPITAL . LINEAGEN LP; ARCHIPEL CAPITAL . SOCIAL MEDIA FUND LP, (1, 2, 3 & 4) and against each said funds Individually as Limited Partnership Enterprises and as Attorneys and Publishers of all Private Placement Memorandums in connection with each/any/or all of the above entities; and Jane Does and Mary Roes (#1-10),

      Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.: 5:15-CV-538

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of the following as counsel of record in this case for defendants Nixon Peabody LLP and John Koeppel, Esq.:

    Michael R. Wolford, Esq.
    **THE WOLFORD LAW FIRM LLP**
    600 Reynolds Arcade Building
    16 East Main Street
    Rochester, New York 14614
    Telephone:  (585) 325-8000
    Facsimile:  (585) 325-8009
    E-mail:  mwolford@wolfordfirm.com

I certify that I am admitted to practice in this Court.

Dated:  June 25, 2015

           s/ Michael R. Wolford
           Michael R. Wolford, Esq.
           **THE WOLFORD LAW FIRM LLP**
           *Attorneys for Defendant*
             *Nixon Peabody LLP*
           600 Reynolds Arcade Building
           16 East Main Street
           Rochester, New York 14614
           Telephone:  (585) 325-8000
           Facsimile:  (585) 325-8009
           E-mail:  mwolford@wolfordfirm.com