William E. Brueckner (101590)
**McCONVILLE, CONSIDINE,**
**COOMAN & MORIN, PC**
25 East Main Street
Rochester, New York  14614
585.546.2500
wbrueckner@mccmlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANDREW GOLDBERG, Individually and on behalf of all others similarly situated, as a class,<br><br>                                        Plaintiffs,<br><br>       -vs.-<br><br>GREGORY W. GRAY, JR.; GREGORY P. EDWARDS; ARCHIPEL CAPITAL, LLC; BIM MANAGEMENT, LP; BENNINGTON INVESTMENT MANAGEMENT, INC.; NIXON PEABODY, LLP; JOHN KOEPPEL, ESQ. and against all in a representative and fiduciary capacity for as acting GENERAL PARTNERS; and CONTROL MEMBERS of BENNINGTON-EVERLOOP LP; ARCHIPEL CAPTIAL-AGRIVIDA LLC; ARCHIPEL CAPITAL-BLOOM ENERGY LP; ARCHIPEL CAPITAL-LATE STAGE FUND LP; ARCHIPEL CAPITAL-LINEAGEN LP; ARCHIPEL CAPITAL-SOCIAL MEDIA FUND LP, (1, 2, 3 & 4) and against each said funds Individually as Limited Partnership Enterprises as Attorneys and Publisher of all Private Placement Memorandums in connection with each/any/or all of the above entities; and Jane Does and Mary Roes (#1-10),<br><br>                                        Defendants. | Civil Action No.<br>5:15-CV-538 |

---

**NOTICE OF RECEIVER'S MOTION TO INTERVENE**
**AND STAY ACTION AGAINST ARCHIPEL/EVERLOOP ENTITIES**

**PLEASE TAKE NOTICE OF THE FOLLOWING MOTION:**

| | |
|---|---|
| **MOTION BY:** | LUCIEN A. MORIN, II, as Court Appointed Receiver for the Archipel/Everloop Entities (the "***Receiver***"), by his counsel McConville, Considine, Cooman & Morin, PC. |
| **DATE TIME & PLACE OF ARGUMENT:** | Friday, December 11, 2015 at 10:00 am<br>Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica, New York  13261<br>Hon. David Hurd, USDJ, Presiding |
| **REQUESTED RELIEF:** | An Order (i) permitting the Receiver to intervene in this action; (ii) staying this action against the Archipel/Everloop Entities pending the outcome of the action now pending in the United States District Court for the Southern District of New York captioned *Securities and Exchange Commission v. Gray et al. (Case No.: 15 Civ. 1465[LAK])*; and (iii) awarding such other and further relief as the Court may deem just, equitable and proper. |
| **GROUNDS FOR REQUESTED RELIEF:** | Fed. R. Civ. Pro. 23(d)(1)(A) and (E) and 24(a)(2), and this Court's inherent powers.  A stay of this action will prevent undue repetition and complication in presenting evidence or argument, and will protect members of the putative class by preserving assets of, or in the possession of, the Archipel/Everloop Entities. |
| **SUPPORTING PAPERS:** | (i) The Declaration of Lucien A. Morin, II executed under penalty of perjury 15 October 2015, together with all its exhibits;<br><br>(ii) The Receiver's Memorandum of Law |

**TAKE FURTHER NOTICE**, pursuant to Local Rule 7.1(b)(1), that papers opposing the relief requested in this Motion, if any, shall be filed and served so as to be received by the Receiver not less than seventeen days prior to the date of the argument on the Motion.

DATED:   15 October 2015
　　　　　Rochester, New York.

　　　　　　　　　　　　　　　　　　　　**McCONVILLE, CONSIDINE**
　　　　　　　　　　　　　　　　　　　　**COOMAN & MORIN, PC**
　　　　　　　　　　　　　　　　　　　　*Counsel for the Receiver*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　William E. Bruecker (101590)
　　　　　　　　　　　　　　　　　　　　25 East Main Street
　　　　　　　　　　　　　　　　　　　　Rochester, New York  14614
　　　　　　　　　　　　　　　　　　　　585.546.2500