UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STEVEN AMERIO and ANDREW GOLDBERG, Individually and as Co-Lead Plaintiffs on behalf of all others similarly situated, as a class,

        Plaintiffs,

v.

GREGORY W. GRAY, JR.; GREGORY P. EDWARDS; ARCHIPEL CAPITAL LLC; BIM MANAGEMENT LP; BENNINGTON INVESTMENT MANAGEMENT, INC.; and against all in a representative and fiduciary capacity as acting GENERAL PARTNERS and CONTROL MEMBERS of BENNINGTON-EVERLOOP LP,; ARCHIPEL CAPITAL-AGRIVIDA LLC; ARCHIPEL CAPITAL-BLOOM ENERGY LP; ARCHIPEL CAPITAL-LATE STAGE FUND LP; ARCHIPEL CAPITAL-LINEAGEN LP; ARCHIPEL CAPITAL-SOCIAL MEDIA FUND LP, (1, 2, 3 & 4), and against each said funds Individually as Limited Partnership Enterprises and as Attorneys and Publishers of all Private Placement Memorandums in connection with each/any/or all of the above entities; and Jane Does and Mary Roes (#1-10),

        Defendants.

---------------------------------------------------------------X

Civil Case. No. 5:15 CV-00538 (DNH/TWD)

Jury Trial Demanded

**STIPULATION OF DISMISSAL OF COUNTS II, III, VII, VIII, IX, X, XI & XII OF THE SECOND AMENDED COMPLAINT AGAINST DEFENDANT GREGORY W. GRAY, JR.**

#11573005.1

Plaintiffs, Steven Amerio and Andrew Goldberg, by their undersigned counsel and pursuant to this Court's Memorandum-Decision and Order dated July 21, 2020, *see* Docket No. 282 at 38-39, reported as *Amerio v. Gray,* 2020 WL 4192618, at *20-21 (N.D.N.Y. July 21, 2020), hereby stipulate to the dismissal of Counts II, III, VII, VIII, IX, X, XI and XII of their Second Amended Class Action Complaint against Defendant, Gregory W. Gray, Jr.

DATED:  August 6, 2020

                                            Respectfully submitted,

                                            WILENTZ, GOLDMAN & SPITZER, P.A.

                                            By:  */s/ Kevin P. Roddy*
                                                  Kevin P. Roddy, Esq.
                                                  Bar Roll No. 520400
                                          90 Woodbridge Center Drive, Suite 900
                                          Woodbridge, NJ  07095
                                          Telephone:  (732) 636-8000

                                          CHERUNDOLO LAW FIRM, PLLC

                                          By:  */s/ John C. Cherundolo*
                                                 John C. Cherundolo, Esq.
                                                 Bar Roll No. 101339
                                          AXA Tower I, 15th Floor
                                          100 Madison Street
                                          Syracuse, NY  13202
                                          Telephone:  (315) 449-9500

                                          Counsel for Plaintiffs

SO ORDERED. Dated:

August 11, 2020

                                          David N. Hurd
                                          U.S. District Judge