UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEVEN AMERIO and ANDREW GOLDBERG,

                Plaintiffs

        -v-                                 5:15-CV-538

GREGORY W. GRAY, JR.; ARCHIPEL CAPITAL
LLC; BIM MANAGEMENT LP; and
BENNINGTON INVESTMENT MANAGEMENT,
INC.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| CHERUNDOLO LAW FIRM, PLLC<br>Attorneys for plaintiffs<br>AXA Tower One 17th Floor<br>100 Madison Street<br>Syracuse, New York 13202 | JOHN C. CHERUNDOLO, ESQ.<br>J. PATRICK LANNON, ESQ. |
| WILENTZ GOLDMAN & SPITZER PA<br>Attorneys for plaintiffs<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, New Jersey 07095 | KEVIN P. RODDY, ESQ. |
| JAMES TONREY ESQ.<br>Attorneys for plaintiffs<br>144 Pinewood Avenue<br>Staten Island, New York 10306 | JAMES E. TONREY, JR., ESQ. |
| GREGORY W. GRAY, JR.<br>Defendant *pro se*<br>60 School Street #1192<br>Orchard Park, NY 14127 | |

DAVID N. HURD
United States District Judge

## **ORDER OF DISMISSAL WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(2), and at the request of all parties,

including plaintiffs Steven Amerio and Andrew Goldberg, as well as Defendant Gregory W.

Gray, Jr. on his own behalf as well as on the behalf of his companies BIM Management LP and Archipel Capital LLC, this matter is dismissed with prejudice as to all defendants. Each party bears its own costs and attorney's fees.

     Therefore, it is

     ORDERED that

     The Second Amended Complaint is dismissed with prejudice in its entirety.

     The Clerk of Court is directed to enter judgment accordingly and close the case file.

     It is SO ORDERED.

Dated: September 1, 2020
       Utica, New York.

David N. Hurd
U.S. District Judge